UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Eastern Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
## Before Judge Edward G. Bryant, United States Magistrate Judge

February 24, 2010

RE:    1:10cr10001-01-JDB
       *USA v.* ERIC TAYLOR

Dear Sir/Madam:

A(n) **DETENTION HEARING** has been **SET** before **Judge Edward G. Bryant** on **MONDAY, MARCH 1, 2010** at **2:00 P.M. in Courtroom #3 - Jackson, 3rd floor of the Federal Building, Jackson, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:    s/Cassandra Ikerd
       Cassandra Ikerd, Case Manager
       731-421-9204