IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                             Cr. No. 1:10-10001-01-JDB

ERIC TAYLOR

## AMENDED JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came on to be heard on July 1, 2013.   Assistant U.S. Attorney James W. Powell appeared for the government and the defendant appeared in person and with counsel, Josh Morrow.  The defendant admitted to the allegations set forth in the Supervised Release Petition. After questioning the defendant and hearing statements of counsel, the court finds the defendant guilty as charged in the Petition.

It is ORDERED AND ADJUDGED that the defendant has violated the conditions of his supervised release and that his term of supervised release is revoked. The court ORDERS that the defendant be sentenced to the custody of the Bureau of Prisons for a period of Twenty-seven (27) months, with no further Supervised Release to follow.   The Court recommends that the defendant participate in the 500 Hour substance abuse program if he is eligible to do so and that he be housed at a facility located as close to the West Tennessee area as possible, and under no circumstances is he to be housed at USP Pollock, Louisiana.

The defendant is remanded to the custody of the United States Marshal

IT IS SO ORDERED this 2nd day of July, 2013.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE